IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Applewhite-Townsend, Rosetta L

Printed: 6/10/08

Case Number: 06 B 12691
Judge: Wedoff, Eugene R

Filed: 10/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 20, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,000.00 |  |
| Secured: |  | 9,618.80 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,774.00 |
| Trustee Fee: |  | 607.19 |
| Other Funds: |  | 0.01 |
| Totals: | 12,000.00 | 12,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 1,774.00 | 1,774.00 |
| 2. | More Equity | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 16,867.75 | 5,462.87 |
| 4. | Village of Maywood | Secured | 86.95 | 60.73 |
| 5. | More Equity | Secured | 11,625.82 | 3,384.68 |
| 6. | American General Finance | Secured | 1,000.00 | 710.52 |
| 7. | Illinois Dept of Revenue | Priority | 4,314.96 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 52.28 | 0.00 |
| 9. | Aspire Visa | Unsecured | 374.29 | 0.00 |
| 10. | American Express | Unsecured | 58.72 | 0.00 |
| 11. | Donley Lumber Company | Unsecured | 365.85 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 49.26 | 0.00 |
| 13. | B-Line LLC | Unsecured | 151.93 | 0.00 |
| 14. | Ameriloan | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Cross Country Bank | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Westlake Hospital | Unsecured | | No Claim Filed |
| 19. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 20. | Westlake Emergency Physicians | Unsecured | | No Claim Filed |
| 21. | United Cash Loans | Unsecured | | No Claim Filed |
| 22. | Westlake Community Hospital | Unsecured | | No Claim Filed |
| 23. | Westlake Emergency Physicians | Unsecured | | No Claim Filed |
| 24. | Williams Cohen & Cray Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Applewhite-Townsend, Rosetta L | Case Number: 06 B 12691 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/10/08 | Filed: 10/5/06 |

$ 36,721.81     $ 11,392.80

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 326.39 |
| 5.4% | 280.80 |
| | $ 607.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*